```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 05026
   CHESTER D MCCOY
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1168

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/04/2008 and was not confirmed.

     The case was dismissed without confirmation 04/28/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
CAPITAL ONE               UNSECURED            470.27         .00            .00
CITI RESIDENTIAL LENDING  CURRENT MORTG           .00         .00            .00
CITI RESIDENTIAL LENDING  SECURED NOT I      37367.35         .00            .00
CHASE BANK USA            UNSECURED            242.73         .00            .00
PATIENCE R CLARK          DEBTOR ATTY            .00                         .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS               DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                               .00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                       .00
DEBTOR REFUND                                              .00
                                 ---------------       ---------------
TOTALS                                .00                  .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 07/22/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```